|   |   |
|---|---|
|   |   |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MING NAM LU,           )
                       )
    Plaintiff,      )     2:11-cv-00632-RLH-PAL
                       )
vs.                    )
                       )     **ORDER**
BARACK OBAMA, *et al.*,)
                       )
    Defendants.     )
_____/

        Mind Nam Lu, a prisoner at Big Spring Federal Correctional Institution, submitted a *pro se* Civil Rights Complaint (received April 22, 2011) (ECF No. 1). Plaintiff did not submit the required filing fee or an application for leave to proceed in *forma pauperis*. Accordingly, this action shall be dismissed without prejudice and the Clerk shall be directed to return the complaint and the proper in *forma pauperis* form and instructions to plaintiff. The form of the complaint is nonsensical. Therefore, the Clerk shall be directed to send to plaintiff the form and instructions available for a Federal Bivins/1983 action. Plaintiff must pay the filing fee of $350 or submit the completed in *forma pauperis* form with his complaint in order to proceed with his litigation. He must also put his complaint in the proper form in order to proceed.

        **IT IS THEREFORE ORDERED** that the Clerk shall return the complaint to plaintiff along with the proper form and instructions for application to proceed in *forma pauperis* and for a Federal Bivens/§1983 action.

1
2    **IT IS FURTHER ORDERED** that this matter is **DISMISSED** without prejudice.
3    The Clerk shall enter judgment accordingly.
4            Dated this ___25th___ day of April, 2011.
5
6                                              _____
7                                              UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26